IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bridgette A. Trombley, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>Paradise Valley Unified School District # 69, et al.,<br><br>          Defendants. | CV 04-1323-PHX-SRB<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE STATEMENT ORDER** |

The above matter was referred to United States Magistrate Judge Morton Sitver for settlement conference.

IT IS HEREBY ORDERED:

1. That said conference is scheduled for **Friday April 28, 2006 at 9:30 a.m.** at the Sandra Day O'Connor U.S. Courthouse, Room 514 (Chambers), 401 W. Washington Street, Phoenix, Arizona, 85003.

Counsel shall appear at the settlement conference <u>with the parties</u> or with the person or persons having <u>full authority</u> to settle the case.

2. That the parties shall <u>lodge directly with the Magistrate Judge</u> a settlement conference statement **no later than April 21, 2006**.

The settlement conference statements should be delivered directly to the Magistrate Judge and <u>should not be filed</u> with the Clerk of the Court. The statements may either be mailed to the Magistrate Judge at the above address, delivered to the Customer Services Division of the Clerk's Office on the first floor of the Courthouse or counsel may

contact Chambers (602-322-7600) to make arrangements to fax the statements directly to Chambers.

Copies of the settlement conference statement <u>shall not be served</u> upon the other parties or counsel and the Court or its personnel <u>shall not</u> permit other parties or counsel to have access to these statements.

A <u>brief</u> settlement conference statement shall include the following:

1. A brief statement of the facts of the case.

2. A brief statement of the claims and defenses, e.g., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

3. A summary of the proceedings to date, including rulings on motions and motions outstanding.

4. An estimate of the cost and time to be expended for further discovery, other pretrial matters, and trial.

5. A brief statement of the facts and issues upon which the parties agree.

6. Whether any discrete issues exist which, if resolved, would aid in the disposition of the case.

7. The relief sought.

8. The party's position on settlement, including present demands and offers and history of past settlement discussions, offers and demands.

DATED this 4th day of April, 2006.

_____
Morton Sitver
United States Magistrate Judge

2